*E-Filed: 9/9/2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAKESIDE ORGANIC GARDENS, LLC,<br><br>        Plaintiff,<br>  v.<br><br>MIKI'S FARM FRESH MARKET, INC.,<br>MICHAEL S. WERNESS,<br><br>        Defendants.<br>_____/ | No. C13-02479 HRL<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND ADMINISTRATIVELY CLOSING THE CASE** |

Upon filing, this action was scheduled for a September 10, 2013 initial case management conference. Plaintiffs have filed a notice advising that Chapter 7 bankruptcy proceedings have been initiated with respect to Miki's Farm Fresh Market, Inc. and Michael S. Werness, the two named defendants. The instant case having been automatically stayed, the court finds no reason to keep this case on its docket of active litigation. Accordingly, the initial case management conference is vacated, and the clerk shall administratively close the file.

Any party may file a motion to reopen this matter should a change in circumstances warrant it. In any event, the party shall notify the court within ten (10) days of any proceeding in the bankruptcy action that would allow the instant lawsuit to go forward.

**IT IS SO ORDERED.**

Dated: September 9, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 13-02479 HRL Order will be electronically mailed to:**

Breck Edward Milde     bmilde@terra-law.com

Eric Thomas Hartnett     ehartnett@brewerfirm.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**